# MASTER LIST OF CREDITORS

Elizabeth Boren
c/o SBS Trust Deed Network, a California Corp. as Trustee
31194 La Baya Drive Suite 106
Westlake Village, California 91362